Anthony HALL, Plaintiff—Appellant,

v.

Eddie L. PEARSON, Chief Warden, Sussex II State Prison, Commonwealth of Virginia; Major Johnson, Chief of Security, Sussex II State Prison, Commonwealth of Virginia; Doctor Ulep, Sussex II State Prison, Defendants—Appellees.

No. 03–7491.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 3, 2003.

Decided Dec. 17, 2003.

Anthony Hall, Appellant pro se. Pamela Anne Sargent, Assistant Attorney General, Richmond, Virginia; Ashton Marie Jennette, Rawls & McNelis, P.C., Richmond, Virginia, for Appellees.

Before WIDENER, WILLIAMS, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Hall appeals the district court's order granting summary judgment in favor of the prison officials in his 42 U.S.C. § 1983 (2000) action in which he alleged deliberate indifference to a serious medical need. We have reviewed the record and find no reversible error. Accordingly, we

affirm for the reasons stated by the district court. *See Hall v. Pearson,* No. CA–02–706–2 (E.D.Va. Sept. 4, 2003). We deny Hall's motions for appointment of counsel and for preparation of transcripts at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*